

P. O. Box 107
Magnolia, TX  77353-0107
281-356-6038

**Invoice**

| | |
|---|---|
| PAGE | 1 |
| INVOICE NO | 615227 |
| INVOICE DATE | 6/15/2015 |
| NET DUE | 6,387.40 |

S O L D  T O:
2153
Forman Watkins Krutz Tardy
200 S. Lamar St.
Jackson, MS 39201

**Project ID:** 14-085
Marshfield, WI Cases
Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| **Time Charges** | | | | | |
| | Prepare for Expert Witness | FMP | 9.50 | 450.00 | 4,275.00 |
| | Subpoena Compliance | FMP | 3.20 | 450.00 | 1,440.00 |
| | Subpoena Compliance | KKW | 9.20 | 65.00 | 598.00 |
| | Subpoena Compliance | PZG | 1.00 | 65.00 | 65.00 |
| **Chargeable Expenses** | | | | | |
| | Copies | CALICHE | 94.00 | 0.10 | 9.40 |

Federal Tax ID  20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 6,387.40 | 0.00 | 0.00 | 0.00 | 6,387.40 |

Net 30; 1.5% interest charged on overdue amounts


EXHIBIT 4



P. O. Box 107
Magnolia, TX  77353-0107
281-356-6038

| | PAGE | 1 |
|---|---|---|
| | INVOICE NO | 615243 |
| | INVOICE DATE | 6/22/2015 |

## Invoice

NET DUE  409.50

S  2153
O  Forman Watkins Krutz Tardy
L  200 S. Lamar St.
D  Jackson, MS 39201

T
O

Project ID:  14-085
Marshfield, WI Cases
Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| **Time Charges** | | | | | |
| | Subpoena Compliance | KKW | 6.30 | 65.00 | 409.50 |

Federal Tax ID  20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 409.50 | 0.00 | 0.00 | 0.00 | 409.50 |

Net 30; 1.5% interest charged on overdue amounts



P. O. Box 107  
Magnolia, TX 77353-0107  
281-356-6038

PAGE 1  
INVOICE NO 615244  
INVOICE DATE 6/22/2015

## Invoice

NET DUE 271.25

S O L D   2153  
Cascino Vaughan Law Offices Lt  
220 South Ashland  
Chicago, IL 60607

T O

roject ID: 14-085  
Marshfield, WI Cases  
Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| ime Charges | | | | | |
| | Review - Documents | MAT | 1.55 | 175.00 | 271.25 |

Federal Tax ID 20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 271.25 | 0.00 | 0.00 | 0.00 | 271.25 |

Net 30; 1.5% interest charged on overdue amounts



P. O. Box 107
Magnolia, TX 77353-0107
281-356-6038

| | |
|---|---|
| PAGE | 1 |
| INVOICE NO | 715262 |
| INVOICE DATE | 7/6/2015 |

# Invoice

NET DUE 4,217.50

SOLD TO:
2153
Forman Watkins Krutz Tardy
200 S. Lamar St.
Jackson, MS 39201

Project ID: 14-085
Marshfield, WI Cases
Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| **Time Charges** | | | | | |
| | Prepare for Expert Witness | FMP | 5.50 | 450.00 | 2,475.00 |
| | Prepare for Expert Witness | MAT | 1.10 | 175.00 | 192.50 |
| | Subpoena Compliance | FMP | 3.30 | 450.00 | 1,485.00 |
| | Subpoena Compliance | KKW | 1.00 | 65.00 | 65.00 |

Federal Tax ID 20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 4,217.50 | 0.00 | 0.00 | 0.00 | 4,217.50 |

Net 30; 1.5% interest charged on overdue amounts



P. O. Box 107
Magnolia, TX 77353-0107
281-356-6038

| | |
|---|---|
| PAGE | 1 |
| INVOICE NO | 715276 |
| INVOICE DATE | 7/13/2015 |

# Invoice

NET DUE 13,655.19

SOLD TO:
2153
Forman Watkins Krutz Tardy
200 S. Lamar St.
Jackson, MS 39201

Project ID: 14-085
Marshfield, WI Cases
Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| **Time Charges** | | | | | |
| | Expert Witness - Deposition | FMP | 21.00 | 450.00 | 9,450.00 |
| | Prepare for Expert Witness | FMP | 8.50 | 450.00 | 3,825.00 |
| | Expert Witness - Deposition | KKW | 1.30 | 65.00 | 84.50 |
| **Chargeable Expenses** | | | | | |
| | Copies | CALICHE | 107.00 | 0.10 | 10.70 |
| | Color Copies | CALICHE | 13.00 | 0.20 | 2.60 |
| | Mileage | CALICHE | 273.00 | 0.95 | 259.35 |
| | Tolls | CALICHE | 3.00 | 7.68 | 23.04 |

Federal Tax ID 20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 13,655.19 | 0.00 | 0.00 | 0.00 | 13,655.19 |

Net 30; 1.5% interest charged on overdue amounts



P. O. Box 107
Magnolia, TX  77353-0107
281-356-6038

| | |
|---|---|
| PAGE | 1 |
| INVOICE NO | 715281 |
| INVOICE DATE | 7/14/2015 |

# Invoice

NET DUE            283.16

S O L D   T O

2153
Forman Watkins Krutz Tardy
200 S. Lamar St.
Jackson, MS 39201

Project ID:   14-085
Marshfield, WI Cases
Asbestos

| ID | Description | Resource | Hrs/Qty | Rate/Price | Amount |
|---|---|---|---|---|---|
| **Time Charges** | | | | | |
| | Prepare for Expert Witness | TCC | 3.00 | 65.00 | 195.00 |
| **Chargeable Expenses** | | | | | |
| | Mileage | CALICHE | 92.80 | 0.95 | 88.16 |

Federal Tax ID  20-0396996

| Taxable | Nontaxable | Freight | Sales Tax | Misc | Total |
|---|---|---|---|---|---|
| 0.00 | 283.16 | 0.00 | 0.00 | 0.00 | 283.16 |

Net 30; 1.5% interest charged on overdue amounts