IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MILTON BOYER and KATHY BOYER,

        Plaintiffs,

v.

WEYERHAEUSER COMPANY, 3M COMPANY,
and METROPOLITAN LIFE INSURANCE
COMPANY,

        Defendants.

OPINION AND ORDER

14-cv-286-wmc

---

KATRINA MASEPHOL, *Individually and as Special Administrator on behalf of the Estate of Richard Masephol*,

        Plaintiff,

v.

WEYERHAEUSER COMPANY, 3M COMPANY,
and METROPOLITAN LIFE INSURANCE
COMPANY,

        Defendants.

14-cv-186-wmc

---

JANET PECHER, *Individually and as Special Administrator on behalf of the Estate of Urban Pecher*,

        Plaintiff,

v.

WEYERHAEUSER COMPANY, 3M COMPANY,
and METROPOLITAN LIFE INSURANCE
COMPANY,

        Defendants.

14-cv-147-wmc

---

THERESA SYDOW, *Individually and as Special Administrator on behalf of the Estate of Wesley F. Sydow,*

         Plaintiff,

v.                    14-cv-219-wmc

WEYERHAEUSER COMPANY, 3M COMPANY, and METROPOLITAN LIFE INSURANCE COMPANY,

         Defendants.

---

The court having been advised by counsel that all claims against defendant 3M have been settled (*e.g.*, '286 dkt. #462), these claims are hereby DISMISSED without prejudice, but may be renewed upon good cause shown. If the parties wish to dismiss with prejudice, they may have until May 11, 2016, to file a self-executing motion under Federal Rule of Civil Procedure 41 or a proposed order.

In addition, the pending motions involving defendant 3M are DENIED WITHOUT PREJUDICE AS MOOT:

1) Defendant 3M Company's motions for summary judgment ('286 dkt. #210; '186 dkt. #210; '147 dkt. #187; '219 dkt. #237);

2) Defendant 3M Company's motions "to exclude unreliable plaintiffs' expert opinions that every exposure to asbestos causes disease" ('286 dkt. #303; '186 dkt. #304; '147 dkt. #269; '219 dkt. #327);

3) Plaintiffs' unopposed motions to file sur-reply declarations of expert James Johnson ('286 dkt. #414; '186 dkt. #422; '147 dkt. #372; '219 dkt. #428); and

4) Defendant's motion for protective order and motion for leave to file reply in support of motion for protective order ('286 dkt. ##421, 428; '186 dkt. ##429, 436; '147 dkt. ##379, 386; '219 dkt. ##435, 443).

Finally, the court will strike all pretrial deadlines and the trial date for all claims involving defendant 3M only. Should these claims be renewed, the pending motions, remaining schedule and trial will be taken up on an expedited basis.

Entered this 11th day of February, 2016.

BY THE COURT:

/s/
WILLIAM M. CONLEY
District Judge