IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

| | |
|---|---|
| Katrina Masephol, Individually and as ) <br> Special Administrator for the Estate of ) <br> Richard Masephol, Deceased, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Owens Illinois, Inc. ) <br> Weyerhaeuser Company ) <br> ) <br> Defendants. ) | Case No. 14-cv-186-wmc |

_____

**NOTICE OF APPEAL**
_____

Plaintiff gives notice of appeal to the United States Court of Appeals for the Seventh Circuit from the following rulings relating to claims based on Owens Illinois, Inc.'s licensing of a patent and claims against Weyerhaeuser Company:

- The August 22, 2014 order relating to claims against Owens-Illinois based on licensing of a patent and to claims against Weyerhaeuser. (ECF Doc #84 .)

- The November 4, 2014 order denying in part and granting in part Plaintiff's motion for reconsideration of the August 22, 2014 order. (ECF Doc #107.)

- The June 2, 2015 order, which granted in part and denied in part Weyerhaeuser's motion to dismiss. (ECF Doc # 169.)

- The June 2, 2015 order which granted Plaintiff's motion to reconsider the November 4, 2014 order. (ECF Doc # 170.)

1

- The text order entered on June 16, 2015 based on stipulation which dismissed with prejudice Plaintiff's claims against Owens-Illinois "based on a patent licensing theory (as a licensor of a fireproof door patent)" and other claims against Owens-Illinois. (ECF Doc # 180.)

- The July 21, 2015 order, which denied Plaintiff's motion to reconsider the June 2, 2015 order. (ECF Doc # 205.)

- The February 19, 2016 order, which granted Weyerhaeuser's motion for summary judgment. (ECF Doc # 530.)

- The March 3, 2016 judgement, entered in favor of Defendant Weyerhaeuser Company dismissing the case. (ECF Doc # 533.)

- The May 5, 2016 order, which denied Plaintiff's motion to reconsider the February 19, 2016 order as to the remaining defendant. (ECF Doc # 545.)

Dated: June 6, 2016

*/s/ Robert G. McCoy*
Attorney for plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Telephone: (312) 944-0600
E-mail: bmccoy@cvlo.com

**Certificate of Service**

I hereby certify that on June 6, 2016, I caused the forgoing to be electronically filed with the United States District Court for the Northern District of Illinois using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: June 6, 2016

 /s/ Robert G. McCoy_____
Attorney for Plaintiff

Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com